# MINUTE ORDER

Page 4

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**        Date: 2/25/25        Time: 1:30 p.m.

Defendant: Shelton K. Thornton        J#: 14015-506        Case #: 25-MJ-2352-LETT

AUSA: Joe Egozi        Attorney: AFPD: MaeAnn Dunker

Violation: ED WI/WARR/IND/Consp to PWID MDMA and Ketamine        Surr/Arrest Date: 02/22/25        YOB: 1997

Proceeding: Initial Appearance        CJA Appt:

Bond/PTD Held: ◯ Yes  ◯ No        Recommended Bond:

Bond Set at: **TEMP PTD**        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: **English**

**Disposition:**

Indictment partially Unsealed as to Mr. Thornton. Defendant advised of right and charges. Defendant sworn. Defendant Ore Tenus motion to appoint counsel – **GRANTED**. AFPD appointed partially – defendant to pay $3K in Court registry. ***Defense Ore Tenus motion to reduce court registry deposit or remove it – GRANTED***. **Gov't** seeks – PTD due to risk of flight. **Wavier of Removal** – signed in open court.

**Defendant removed to the Eastern District of WI**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**        Date:        Time:        Judge:        Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. **14:39:56**        Time in Court: **19 mins**

s/Enjolique A. Lett        Magistrate Judge